UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIANNE LOWE CUTHBERTSON,**

    **Plaintiff,**

**v.**                                         Case No: 6:15-cv-2062-Orl-41JRK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                          **ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 28). United States Magistrate Judge James R. Klindt issued a Report and Recommendation ("R&R," Doc. 29), in which he recommends that Plaintiff's motion be granted and that in the event the U.S. Department of Treasury determines that Plaintiff does not owe a federal debt, the government be directed to pay Plaintiff's counsel directly.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the R&R. However, while the Court agrees that the Commissioner of Social Security can pay Plaintiff's attorney directly, the Court declines to direct her to do so. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and **CONFIRMED** as set forth herein.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 28) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of $4,580.74.

4. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record